MAY SUMPTER, *Appellant*, v. FIRST NATIONAL BANK OF LAKE CITY, A CORPORATION, *Appellee.*

Opinion Filed April 29, 1914.

The transcript should show an entry of the appeal or waiver.

Appealed from Circuit Court for Columbia County; M. F. Horne, Judge.

Appeal dismissed.

*A. J. Henry,* for Appellant;

*Palmer & Palmer,* for Appellee.

PER CURIAM.—The transcript fails to show that the appeal herein was entered in the Chancery Order Book. and the appellee not having waived this statutory substitute for citation, it does not appear that this court has jurisdiction of the parties, and the appeal is accordingly dismissed.

All concur.